**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:   09-cv-02248-RPM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date:   December 8, 2009** | **Courtroom Deputy:**   Linda Kahoe |

JASON GARDNER,                                                    Daniel Bruce Stageman *(via phone)*

      Plaintiff,

v.

RIVER WALK CHURCH OF THE NAZARENE, THE,      *No appearance*

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:         10:49 a.m.**
Court calls case. Appearance of counsel via phone.

Discussion regarding dismissal of Defendant Noreen Enterprises.

Discussion regarding Plaintiff's Motion for Default Judgment Against the River Walk Church, doc. #[5], filed 12/4/2009, and the Entry of Default issued by the clerk's office on 12/7/2009. The court advises counsel that the Motion for Default is premature.

Discussion regarding damages.

**ORDERED:**   The portion of Plaintiff's Motion for Default Judgment, doc #[5], that seeks relief against the River Walk Church is **DENIED WITHOUT PREJUDICE**. Counsel may file a new Motion for Entry of Default Judgment.

HEARING CONCLUDED.
**Court in recess:         10:54 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.