**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 09-cv-02248-RPM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 17, 2009 | **Courtroom Deputy:** Linda Kahoe |

JASON GARDNER,                                                                   Daniel Bruce Stageman

      Plaintiff,

      v.

RIVER WALK CHURCH OF THE NAZARENE,                   Kristin A. Allan

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        10:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Motion to Set Aside Entry of Default, doc #[13], filed 12/11/2009 and Second Motion for Default Judgment, doc #[9], filed 12/8/2009.

For the reasons as stated on the record, it is:

**ORDERED**:   Motion to Set Aside Entry of Default, doc #[13], is **GRANTED**.

**ORDERED**:   Second Motion for Default Judgment, doc #[9], is **DENIED AS MOOT**.

**ORDERED**:   A Scheduling Conference is set for **FEBRUARY 18, 2010 at 11:00 a.m.**  A Proposed Scheduling Order is due on or before **FEBRUARY 12, 2010.**  The parties shall hold a Rule 26(f) conference on or before **FEBRUARY 4, 2010.**  The parties shall provide Rule 26(a) disclosures on or before **FEBRUARY 4, 2010.**  Mr. Stageman is directed to communicate these dates to counsel for Noreen Enterprises when they enter their appearance.

Mr. Stageman asks if Ms. Allan would stipulate to an Amended Complaint to bring Noreen Enterprises in and to address her concern about the premises liability statute.  Ms. Allan states no objection.

HEARING CONCLUDED.
**Court in recess:        10:07 a.m.**
Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.