IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02248-RPM-CBS

JASON GARDNER,

    Plaintiff,

v.

THE RIVER WALK CHURCH OF THE NAZARENE and
NOREEN ENTERPRISES, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation For Dismissal Without Prejudice, filed October 12, 2010 [47], it is

ORDERED that this civil action is dismissed without prejudice with each party to pay its own attorney fees and costs.

Dated: October 12th, 2010

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge